NO. 07-02-0215-CR
NO. 07-02-0216-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 17, 2002

_____

TYRONE COLEMAN HARRIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NOS. 44,588-B, 44,587-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Tyrone Coleman Harris filed pro se notices of appeal from his convictions in the referenced matters. He has now filed a pro se motion in which he asks the court to dismiss his appeals. Because appellant has complied with Rule 42.2(a) of the Rules of Appellate Procedure, we hereby grant his motions to dismiss.

Since this is a voluntary request for dismissal, no motions for rehearing will be entertained, and our mandates will issue forthwith.


John T. Boyd
Chief Justice

Do not publish.